IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| RONNIE ROLLERSON, et al. on behalf of themselves and other similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | 2:11-cv-02310 PMD |
| vs. | ) ) | |
| LINQ INDUSTRIAL FABRICS, INC. TEXTENE, LLC, and CARLOS ECHEVERRIA, | ) ) ) ) | |
| Defendants. | ) ) | **CONSENT ORDER OF REMAND** |
| and | ) ) | |
| CARLOS ECHEVERRIA, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) ) | |
| Third-Party Defendants | ) ) | |

Plaintiffs, Ronnie Rollerson, et al, Defendants Linq Industrial Fabrics, Inc., Textene, LLC, Defendant/Third-Party Plaintiff Carlos Echeverria, and Third-Party Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Twin City Fire Insurance Company, by and through counsel, hereby file this Consent Order of Remand, and agree to remand this matter to the Court of Common Pleas for Dorchester County, South Carolina. This Order is without prejudice to the right of any party to remove this or a related matter in the future.

IT IS SO ORDERED.

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina
September 6, 2011

    Respectfully submitted:

| | |
|---|---|
| Jarrell Wigger, Esquire | George J. Kefalos, Esquire |
| jwigger@wiggerlawfirm.com | george@kefaloslaw.com |
| Davidson Bennett & Wigger | 3 State Street |
| 80846 Rivers Avenue | Charleston, SC  29401 |
| North Charleston, SC 29406 | Attorney for Carlos Echeverria |
| Attorney for Plaintiffs | |
| | |
| Sandi R. Wilson | Carol B. Ervin, Esquire |
| SaWilson@wcsr.com | cervin@ycrlaw.com |
| Charles Edwards, Esquire | Brian L. Quisenberry |
| ChEdwards@wcsr.com | bquisenberry@ycrlaw.com |
| Womble Carlyle Sandridge & Rice, PLLC | Young Clement Rivers, LLP |
| P.O. Box 10208 | P.O. Box 993 |
| Greenville, SC 29603-0208 | Charleston, SC 29402-0993 |
| Attorneys for Linq Industrial Fabrics | Attorneys for Textene, LLC, and Carlos Echeverria |
| | |
| Peter H. Dworjanyn | John Wilkerson |
| Fed. ID 6289 | Fed ID 4657 |
| pdworjanyn@collinsandlacy.com | Meredith Britton Hawk |
| Logan Wells | Fed ID 10085 |
| Fed ID 10714 | Turner Padget Graham & Laney |
| lwells@collinsandlacy.com | P.O. Box 22129 |
| Collins & Lacy | Charleston, SC 29413 |
| PO Box 12587 | jwilkerson@turnerpadget.com |
| Columbia SC 29211 | bhawk@turnerpadget.com |
| pdworjanyn@collinsandlacy.com | Attorneys for Twin City Fire |
| Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa. | Insurance Company |

2